UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN DOE,**<br><br>    Plaintiff,<br><br>    v.<br><br>**THE TRUSTEES OF PRINCETON UNIVERSITY,**<br><br>    Defendant. | Civil Action No. 24-7125 (ZNQ) (TJB)<br><br>**ORDER** |

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Motion to Dismiss filed by Defendant The Trustees of Princeton University. ("Motion," ECF No. 16.) For the reasons set forth in the accompanying Opinion,

**IT IS** on this **28th** day of April 2025,

**ORDERED** that Defendant's Motion (ECF No. 16) is hereby **GRANTED**;

**ORDERED** that Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff will be given leave to file a First Amended Complaint to address the deficiencies set forth in the accompanying Opinion within thirty (30) days from the date of this Order.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**