**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN DOE,<br>Address Withheld,<br><br>Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF PRINCETON UNIVERSITY,<br>Princeton, NJ 08544<br><br>Defendant. | **Case No. 3:24-cv-07125-ZNQ-TJB** |

**NOTICE OF APPEAL**

Notice is hereby given that plaintiff, John Doe, intends to stand on the allegations in the dismissed complaint and hereby appeals to the United States Court of Appeals for the Third Circuit from the Order and accompanying Opinion, dated April 28, 2025, of the U.S. District Court, District of New Jersey (ECF Nos. 24, 25), dismissing this action in its entirety.

DATED: May 23, 2025

Respectfully submitted,

DILLON PLLC
Justin Dillon (*pro hac vice*)
Christopher C. Muha (*pro hac vice*)
Kimberly Blasey (*pro hac vice*)
1717 K Street, Suite 900
Washington, DC 20005
T: (202) 787-5858
jdillon@dillonpllc.com
cmuha@dillonpllc.com
kblasey@dillonpllc.com

/s/ Jamie Hoxie Solano
Jamie Hoxie Solano (NJ Bar No. 426422024)

DYNAMIS LLP
11 Park Place
New York, NY 10007
T: (973) 295-5495
jsolano@dynamisllp.com

*Attorney for Plaintiff John Doe*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of May, 2025, the foregoing was served upon counsel of record through the Court's CM/ECF filing system.

/s/ Jamie Hoxie Solano
Jamie Hoxie Solano