**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JOHN DOE**,<br>Plaintiff,<br><br>-vs-<br><br>**THE TRUSTEES OF PRINCETON UNIVERSITY**,<br>Defendant. | **Civil Action No. 24-07125 (ZNQ) (TJB)**<br><br>**Hon. Zahid N. Quraishi, U.S.D.J.** |

**ORDER**

WHEREAS the United States Court of Appeals for the Third Circuit reversed this Court's decision of April 28, 2025 dismissing John Doe's Complaint and remanded the matter to this Court for further proceedings; and

WHEREAS that same Court ordered John Doe's costs on appeal be taxed against Defendant in the amount of $1,183.88, it is hereby

ORDERED that this Court's order of April 28, 2025, is VACATED, John Doe's Complaint is reinstated, and Defendant shall file an Answer to the Complaint two weeks from the date of this Order.

IT IS FURTHER ORDERED that, pursuant to the Third Circuit's order, John Doe is hereby awarded the costs of the appeal in the amount of $1,183.88, against Defendant.

DATED: 08/24/2026

ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE