**APPENDIX L. APPLICATION FOR EXTENSION OF TIME TO REPLY**

UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

Civil Action No. 3:24-cv-07125-ZNQ-TJB

Application for an Extension of Time to
Answer, Move or Otherwise Reply
(L.Civ.R. 6.1(b))

Application is hereby made for a Clerk's Order extending time within which defendant(s) Trustees of Princeton University ______ may answer, move or otherwise reply to Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on June 21, 2024;

and

3. Time to Answer, Move or otherwise Reply expires on September 7, 2026(date)

James A. Keller
Attorney for Defendant(s)
Address: Saul Ewing LLP, 1735 Market Street, Suite 3400, Philadelphia, PA 19103

ORDER

The above application is ORDERED GRANTED extended to September 21, 2026(date to be filled in by applicant counsel).

ORDER DATED ________

WILLIAM T. WALSH, Clerk
By: ______________________
Deputy Clerk