**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>Defendant. | Case No. 24-CV-7125<br><br>**[PROPOSED] CONSENT ORDER EXTENDING DEFENDANT THE TRUSTEES OF PRINCETON UNIVERSITY'S DEADLINE TO RESPOND TO PLAINTIFF JOHN DOE'S COMPLAINT (DOC. 1) TO OCTOBER 5, 2026** |

THIS MATTER having been opened to the Court upon the application of Defendant The Trustees of Princeton University, with the consent of Dillon PLLC, attorneys for Plaintiff John Doe, and for good cause existing for the entry of this Order:

**IT IS** on this _____ day of September, 2026, hereby

**STIPULATED, AGREED AND ORDERED** that Defendant The Trustees of Princeton University's time to answer Plaintiff John Doe's Complaint (Doc. 1) is extended through and including October 5, 2026.

______________________________
Honorable Zahid N. Quraishi, U.S.D.J.