DYNAMIS LLP

*Jamie Hoxie Solano, Esq.*

**October 20, 2026**

**VIA ECF**
The Honorable Zahid Quraishi
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: John Doe v. Princeton University, Case No. 3:24-cv-07125-ZNQ-TJB, Letter Regarding Motions for Summary Judgment Procedures**

Dear Judge Quraishi:

Plaintiff, John Doe, submits this letter on behalf of all parties as ordered by the Court's October 15, 2026, Order. The parties have met and conferred and wish to proceed with both parties filing motions for summary judgment (if any) prior to expert discovery, with a stay of expert discovery pending resolution of those motions.

Respectfully submitted,

*/s/ Jamie Hoxie Solano*
Jamie Hoxie Solano

*Counsel to Plaintiff John Doe*