**DYNAMIS LLP**

*Jamie Hoxie Solano, Esq.*

**October 20, 2026**

**VIA ECF**
The Honorable Zahid Quraishi
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: John Doe v. Princeton University, Case No. 3:24-cv-07125-ZNQ-TJB, Letter Regarding Motions for Summary Judgment Procedures**

Dear Judge Quraishi:

Plaintiff, John Doe, submits this letter on behalf of all parties as ordered by the Court's October 15, 2026, Order. The parties have met and conferred and wish to proceed with both parties filing motions for summary judgment (if any) prior to expert discovery, with a stay of expert discovery pending resolution of those motions.

Respectfully submitted,

*/s/ Jamie Hoxie Solano*
Jamie Hoxie Solano

*Counsel to Plaintiff John Doe*

Based on the parties' agreement to file only one round of motions for summary judgment, the Court hereby GRANTS leave to file their motions prior to initiation of expert discovery, and agrees to stay expert discovery pending a decision on the parties' motion(s). To be clear, the Court will not entertain another round of motions for summary judgment at the conclusion of expert discovery.

The deadline for filing motions for summary judgment will be set as part of the pretrial schedule by the Magistrate Judge.

So Ordered this 27th day of October 2026.

ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE